

LAW OFFICES OF SIMON HARTER, ESQ.
Simon Harter (SH-8540)
304 Park Avenue South – 11th Floor
New York, New York 10010
(212) 979-0250 – Phone
(212) 979-0251 – Fax
Attorneys for Plaintiff, Toisa Limited

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
TOISA LIMITED,                                :

                Plaintiff,          :       08-cv-5363

  -against-                                    :       <u>**RULE 7.1 STATEMENT**</u>

                                      :

DOHA MARINE SERVICES, a/k/a           :
DOHA MARINE SERVICES, LTD., a/k/a    :
DOHA MARINE SERVICES (W.L.L.),        :

                Defendant.         :
-------------------------------------------------------x

       Plaintiff, TOISA LIMITED, by and through undersigned counsel, Law Offices of Simon Harter, Esq., and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it has no parent corporation and that no other publicly-held corporation owns 10% or more of its stock.

Dated:    June 11, 2008

                                    **LAW OFFICES OF SIMON HARTER, ESQ.**
                                    Attorneys for Plaintiff, Toisa Limited

             By:   _____
                                  Simon Harter (SH-8540)
                                  304 Park Avenue South – 11th Floor
                                  New York, New York 10010
                                  (212) 979-0250 (Phone)
                                  (212) 979-0251 (Fax)